UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLEN FREEMAN, Individually and on Behalf of His Minor Child, ETHAN FREEMAN and VALERIE FREEMAN, Individually and as Wife of Glen Freeman<br>Plaintiffs,<br>vs.<br>U.S. XPRESS LEASING, INC., ALLEN C. BECK, II and GREAT WEST CASUALTY COMPANY<br>Defendants. | CIVIL ACTION NO.: 2:10-cv-04363<br><br>JUDGE: Helen G. Berrigan<br><br>MAGISTRATE: Judge Daniel E. Knowles, III |

## ORDER

**IT IS HEREBY ORDERED** that Defendants, U.S. Xpress, Inc., U.S. Xpress Leasing, Inc., Great West Casualty Company and Allan C. Beck, be and they are hereby **DISMISSED, WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 27th, day of October, 2011.

_____
JUDGE